# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Jorge A. Flores        JOINT DEBTOR:                         CASE NO.: 15-26543
Last Four Digits of SS# 5818        Last Four Digits of SS# 

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 1,050.00 for months 1 to 60; in order to pay the following creditors:

<u>Administrative</u>:        Attorney's Fee - $ 3650 TOTAL PAID $ 1500 Balance Due $ 2150.00
                  payable $ 119.40/month (Months 1 to 18)

<u>Secured Creditors</u>:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Lakeshore At University Park Section One        Arrearage on Petition Date **$30,726.03**
Address: Eisnge, Brown, Lewis, Franel Chaiet, P.A.   Arrears Payment $ 512.10/month (Months 1 to 60)
4000 Hollywood Blvd., Suite 262 South        Regular Payment $ 319.00/month (Months 1 to 60)
Ft. Lauderdale, FL 33309
Account No: 05-8700503

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None                Total Due  $
            Payable    $_____/month (Months____to____) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $ 4.00/month (Months 1 to 18) and Pay $ 123.40 /month (Months 19 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: **Debtor will continue to pay Nation star Mortgage (Account No.XXX-2552) for property 8700 N. Sherman Circle, Apt.503, Miramar, FL 33025 outside of the plan.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Jorge A. Flores
Debtor                               Joint Debtor
Date: 10/29/2015                     Date:

LF-31 (rev. 01/08/10)